UST-31, 7-91

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| HILL, GREGORY A | ) | Case No. 09-02329TUC JMM |
| HILL, SHANA L | ) | |
| | ) | PETITION TO PAY |
| | ) | DIVIDEND IN AMOUNT LESS THAN |
| Debtor(s) | ) | $5.00 TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

Gayle E. Mills, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 11 | Chase Bank USA, NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 2.47 |
| 18 | Recovery Management Systems Corp.<br>GE Money Bank / JCPENNEY Credit Services<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131 | 4.03 |
| | TOTAL = | $ 6.50 |

December 22, 2010     /s/ Gayle E Mills
Date     Gayle E. Mills, Trustee